UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR-10-2125-FVS |
| Plaintiff, ) | |
| ) | ORDER ON PLEA AND GRANTING |
| v. ) | MOTION TO DISMISS COUNT 2 OF |
| ) | SUPERSEDING INDICTMENT |
| ELIJAH SWEOWAT, ) | |
| ) | |
| Defendant. ) | |

At Defendant's August 29, 2011, arraignment on Superseding Indictment by video conference, the United States was represented by Assistant U.S. Attorney James Goeke; the Defendant was present with Assistant Federal Defender Alex B. Hernandez. The Defendant entered a plea of not guilty.

**IT IS ORDERED**:

1.  The plea of Defendant are received, and the Defendant is bound over for trial before a district judge.

2.  The United States' oral Motion to dismiss count 2 of the Superseding Indictment **(ECF No. 70)** is **GRANTED.**

DATED August 29, 2011.


                        S/ CYNTHIA IMBROGNO
                     UNITED STATES MAGISTRATE JUDGE

ORDER ON PLEA AND GRANTING MOTION TO
DISMISS COUNT 2 OF SUPERSEDING INDICTMENT - 1