```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF WASHINGTON
```

|  |  |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>                    Plaintiff, )<br>                                 )<br>v.                               )<br>                                 )<br>ELIJAH SWEOWAT                   )<br>                                 )<br>                    Defendant.   )<br>_____) | No. CR-10-2125-FVS<br><br>ORDER MODIFYING<br>CONDITIONS OF RELEASE |

BEFORE THE COURT is Defendant's Motion to Modify Conditions of Release **(Ct. Rec. 82)**. The United States does not object to this request, so long as the Defendant's job duties do not include delivery within the community or require him to carry a firearm. Accordingly,

   **IT IS ORDERED** Defendant's Motion to Modify Conditions of Release **(Ct. Rec. 82)** is **GRANTED**. Defendant's conditions of release are hereby modified to allow Defendant to travel to work at or around 219 Road in the White Swan area cutting wood from 8:00 a.m. to 6:00 p.m. Monday thru Friday until the season is over due to weather conditions. The Defendant is only allowed to work cutting wood near the above listed address. The Defendant is not allowed to deliver wood within the community or to carry a firearm.

   DATED September 19, 2011.


                              S/ JAMES P. HUTTON
                        UNITED STATES MAGISTRATE JUDGE


ORDER MODIFYING CONDITIONS OF RELEASE - 1