UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>ELIJAH SWEOWAT,<br><br>                Defendant. | No. CR-10-2125-FVS<br><br>ORDER DENYING DOWNWARD DEPARTURE |

**THE DEFENDANT** having come before the Court on April 17, 2012, for sentencing; Now, therefore

**IT IS HEREBY ORDERED:**

The defendant's "Motion for Downward Departure" (**ECF No. 143**) is **denied.**

**IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this   18th   day of April, 2012.

                              s/ Fred Van Sickle
                                Fred Van Sickle
                   Senior United States District Judge

ORDER - 1